AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Marco Antonio Rios-Ramirez, | ) |
| a.k.a. Marcos Antonio Rios-Ramirez, | ) |
| a.k.a. Marco Antonio Jimenez-Ochoa, | ) |
| A097 335 485 | ) |
| *Defendant* | |

Case No.   16 — 7430 MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 15, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Marco Antonio Rios-Ramirez, an alien, was found in the United States of America, at or near Tat Momoli, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near San Ysidro, California, on or about March 16, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jillian Besancon

☒ Continued on the attached sheet.

*Complainant's signature*

Paul M. Ford
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:            November 16, 2016

*Judge's signature*

Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

City and state:        Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Paul M. Ford, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent.   I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 15, 2016, Border Patrol Agent S. Cabrera encountered an individual near Tat Momoli, in the District of Arizona.  The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual.   The individual, later identified as Marco Antonio Rios-Ramirez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States.   Rios-Ramirez was transported to the Casa Grande Border Patrol Station for further processing.  Rios-Ramirez was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Marco Antonio Rios-Ramirez to be a citizen of Mexico and a previously deported criminal alien.  Rios-Ramirez was removed from the United States to Mexico through San Ysidro, California, on or about March 16, 2016, pursuant to the reinstatement of a removal order issued by an immigration

1

official.  There is no record of Rios-Ramirez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.  Rios-Ramirez's immigration history was matched to him by electronic fingerprint comparison.

4.  Criminal history checks revealed that Marco Antonio Rios-Ramirez was convicted of Possession with Intent to Distribute Marijuana, a felony offense, on November 25, 2013, in the U.S. District Court, District of Arizona.  Rios-Ramirez was sentenced to forty-six (46) months of imprisonment and three (3) years of supervised release.  Rios-Ramirez's criminal history was matched to him by electronic fingerprint comparison.

5.  On November 15, 2016, Marco Antonio Rios-Ramirez was advised of his constitutional rights.  Rios-Ramirez freely and willingly acknowledged his rights and agreed to provide a statement under oath.  Rios-Ramirez stated that his true and complete name is Marco Antonio Rios-Ramirez and that he is a citizen of Mexico and of no other country.  Rios-Ramirez stated that he illegally entered the United States at or near Sasabe, Arizona, on or about November 6, 2016, without inspection by an immigration officer.  Rios-Ramirez further stated that he had been previously removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6.  For these reasons, this affiant submits that there is probable cause to believe that on or about November 15, 2016, Marco Antonio Rios-Ramirez, an alien, was found in the

6.  For these reasons, this affiant submits that there is probable cause to believe that on or about November 15, 2016, Marco Antonio Rios-Ramirez, an alien, was found in the United States of America, at or near Tat Momoli, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about March 16, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Paul M. Ford
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 16th day of November, 2016.

Bridget S. Bade
United States Magistrate Judge

3